W. David Holsberry, SBN 3743
Andrew J. Kahn, SBN 3751
Paul L. More, SBN 9628
McCRACKEN STEMERMAN & HOLSBERRY
1630 S. Commerce St.
Las Vegas NV 89102
Telephone:   (702) 386-5132
Fax:         (415) 597-7201
Email:   wdh@dcbsf.com
         ajk@dcbsf.com
         pmore@dcbsf.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIREFIGHTERS LOCAL 1908,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK; LOCAL GOVERNMENT EMPLOYEE-MANAGEMENT RELATIONS BOARD,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-00615-LRH-VCF<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES** |

Plaintiff believes the instant case is related to *Clark County Prosecutors Association v. Clark County Board of Commissioners et al*, USDC Case No. 2:11-cv-01111JCM-CWH, and believes assignment of the new case to a single judge is desirable.

Both actions involve Clark County as defendant and an employee organization representing County employees as plaintiff. In both actions the plaintiff challenges the constitutionality of recent amendments to Nevada statutes banning certain public

///

///

1

1  employees from joining employee organizations contained in SB 98 of 2011. As such,
2  both actions involve many identical legal questions.

4  Dated: April /6, 2012                    Respectfully submitted,

5                                           McCRACKEN, STEMERMAN & HOLSBERRY

6                                           By: _____/s/ Andrew Kahn_____
7                                                    Andrew J. Kahn

9                                           *Attorneys for Plaintiff*