W. David Holsberry, SBN 3743
Andrew J. Kahn, SBN 3751
Paul L. More, SBN 9628
McCRACKEN STEMERMAN & HOLSBERRY
1630 S. Commerce St.
Las Vegas NV 89101
Telephone:   (702) 386-5132
Fax:               (702) 386-9848

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIREFIGHTERS, LOCAL 1908,<br><br>       Plaintiff,<br><br>  vs.<br><br>COUNTY OF CLARK;  LOCAL GOVERNMENT EMPLOYEE-MANAGEMENT RELATIONS BOARD,<br><br>       Defendants. | Case No.: 2:12-cv-00615-MMD-VCF |

## [proposed] STIPULATED ORDER

1

Upon application of Paul L. More, McCracken, Stemerman & Holsberry, for Plaintiff Firefighters Local 1908, and Steven B. Wolfson, District Attorney, and Stephanie A. Barker, Chief Deputy District Attorney, for Defendant Clark County, and Firefighters Local 1908 and Clark County having agreed on the entry of this order, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Clark County Fire Battalion Chiefs do not, as part of their assigned duties, "[m]ake budgetary decisions" within the meaning of S.B. 98's amended NRS 288.075(1)(b)(2).

2. So long as Clark County Fire Battalion Chiefs do not, as part of their assigned duties, "[m]ake budgetary decisions" within the meaning of S.B. 98's amended NRS 288.075(1)(b)(2), they do not fall within the definition of a "supervisory employee" within the meaning of S.B. 98's amended NRS 288.075(1)(b).

3. Nothing in this Stipulated Order shall be construed to preclude either party to this action from taking any position on the interpretation or application of S.B. 98 not expressly stated herein.

4. Nothing in this Stipulated Order modifies, alters, or amends any collective bargaining agreement between Clark County and Firefighters Local 1908 Supervisory Unit.

IT IS SO ORDERED THIS __14th__ day of June, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 14, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file.

                                         /s/ Joyce Archain