1  W. David Holsberry, SBN 3743
2  Andrew J. Kahn, SBN 3751
   Paul L. More, SBN 9628
3  McCRACKEN STEMERMAN & HOLSBERRY
   1630 S. Commerce St.
4  Las Vegas NV 89101
5  Telephone:   (702) 386-5132
   Fax:         (702) 386-9848
6  Attorneys for Plaintiff
7
8             **UNITED STATES DISTRICT COURT**
9               **DISTRICT OF NEVADA**
10
11
12  FIREFIGHTERS, LOCAL 1908,                    Case No.: 2:12-cv-00615-MMD-VCF
13             Plaintiff,
14        vs.
15  COUNTY OF CLARK;  LOCAL GOVERNMENT
16  EMPLOYEE-MANAGEMENT RELATIONS
    BOARD,
17
             Defendants.
18
19
20               **[proposed] STIPULATED ORDER**
21
22
23
24
25
26
27
28

1

1       Upon application of Paul L. More, McCracken, Stemerman & Holsberry, for

2   Plaintiff Firefighters Local 1908, and Steven B. Wolfson, District Attorney, and

3   Stephanie A. Barker, Chief Deputy District Attorney, for Defendant Clark County, and

4   Firefighters Local 1908 and Clark County having agreed on the entry of this order,

5   NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

6       1.    Clark County Fire Battalion Chiefs do not, as part of their assigned duties,

7   "[m]ake budgetary decisions" within the meaning of S.B. 98's amended NRS

8   288.075(1)(b)(2).

9       2.    So long as Clark County Fire Battalion Chiefs do not, as part of their

10  assigned duties, "[m]ake budgetary decisions" within the meaning of S.B. 98's amended

11  NRS 288.075(1)(b)(2), they do not fall within the definition of a "supervisory employee"

12  within the meaning of S.B. 98's amended NRS 288.075(1)(b).

13      3.    Nothing in this Stipulated Order shall be construed to preclude either party

14  to this action from taking any position on the interpretation or application of S.B. 98 not

15  expressly stated herein.

16      4.    Nothing in this Stipulated Order modifies, alters, or amends any collective

17  bargaining agreement between Clark County and Firefighters Local 1908 Supervisory

18  Unit.

19      IT IS SO ORDERED THIS __14th__ day of June, 2012.

20

21  _____

22      UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail addresses on file.

/s/ Joyce Archain